STATE OF NEW JERSEY v. LINWOOD EARL WILLIAMS.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY TRIPLETT.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MCKINLEY HARRIS.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. STANFORD YOUGH.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL BRYANT.

October 19, 1981.

Petition for certification denied.